THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Linbert Rhames,       
Appellant.
 
 
 

Appeal From Clarendon County
Thomas W. Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-234
Submitted January 29, 2004  Filed March 31, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert H. Pachak, of Columbia, 
 for Appellant,
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh. Assistant Deputy Attorney General Charles H. Richardson, 
 Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Linbert Rhames appeals his 
 convictions armed robbery and possession of a weapon during a violent crime.  
 Rhamess appellate counsel has petitioned to be relieved as counsel, stating 
 he has reviewed the record and has concluded Rhamess appeal is without merit.  
 The sole issue briefed by counsel contends the circuit court erred in failing 
 to give the jury a particular instruction on reasonable doubt.  Rhames filed 
 a separate pro se brief.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss this appeal and 
 grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur. 

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.